# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: ALEXIS A. PLUNKETT )<br>ATTORNEY AT LAW, BAR NO. 11245 )<br>                                                          ) | Case No.: 2:19-ms-00028<br><br>**ORDER OF SUSPENSION** |

On April 10, 2019, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of April 11, 2019. The Order to Show Cause provided Ms. Plunkett with thirty (30) days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Ms. Plunkett. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Alexis A. Plunkett, Bar No. 11245, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this __24__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this _28_ day of May, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Alexis Plunkett
>c/o Adam M. Solinger, Esq.
>Las Vegas Defense Group
>2970 W. Sahara Ave.
>Las Vegas, NV 89102

Certified Mail No.:   7012 2920 0000 1532 0592

>Alexis Plunkett
>c/o Adam M. Solinger, Esq.
>Las Vegas Defense Group
>2300 W Sahara Ave, Ste 450
>Las Vegas, NV 89102

Certified Mail No.:   7012 2920 0000 1532 0622

>/s/ L.Quintero
>Deputy Clerk
>United States District Court,
>District of Nevada