UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Alexis A. Plunkett<br>Attorney at Law, Bar No. 11245 | Case No. 2:19-ms-00028<br><br>ORDER OF DISBARMENT |

Attorney Alexis A. Plunkett, Nevada Bar No. 11245, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed November 8, 2019. On December 3, 2019, this Court issued and entered an initial Order to Show Cause ("OSC") as to why she should not also be disbarred from this Court, mailed via certified mail. (ECF No. 9.) However, the Court was subsequently informed that there was an issue with delivery of the OSC through no fault of Ms. Plunkett. The Court therefore directed the OSC to be mailed via certified mail with a certified mail return receipt date of delivery of January 31, 2020, giving Ms. Plunkett an additional 30 days to respond. Nevertheless, no response has been received from Ms. Plunkett, though more than 30 have elapsed and the return receipt shows delivery on January 31, 2020. (ECF No. 12.) Failure to respond within thirty 30 days warrants an Order of Disbarment. *See* LR IA 11-7(e)(2).

It is therefore ordered that Alexis A. Plunkett, Bar No. 11245, is hereby disbarred from practice in the United States District Court for the District of Nevada.

DATED THIS 24th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 24th day of April 2020, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via certified mail, return receipt requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Alexis A. Plunkett
>c/o Adam Solinger, Esq.
>Las Vegas Defense Group
>2970 W. Sahara Ave.
>Las Vegas, NV 89102

Certified Mail No.: 7019 0700 0001 7574 6758

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada